■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES LESLIE SCOTT, Appellant. [750 NYS2d 772] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Angiolillo, J.), rendered June 21, 2001, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that he was denied effective assistance of counsel is without merit (see *People v Benevento,* 91 NY2d 708; *People v Ford,* 86 NY2d 397, 404). Altman, J.P., S. Miller, McGinity, Schmidt and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISIAH WASHINGTON, Appellant. [751 NYS2d 745] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 30, 2000 (*People v Washington,* 276 AD2d 812), affirming a judgment of the Supreme Court, Kings County, rendered March 12, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see *Jones v Barnes,* 463 US 745). Santucci, J.P., Smith, S. Miller and H. Miller, JJ., concur.